**United States Bankruptcy Court**
**District of Arizona**

In re: **DAVID S BOLTON / JUDY R BOLTON** Debtor(s)

Case No.
Chapter **13**

## Declaration of Evidence of Employers' Payments Within 60 Days

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

■ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____ .

Debtor, **DAVID S BOLTON**, declares the foregoing to be true and correct under penalty of perjury.

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

■ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: **10764.65** .

Debtor, **JUDY R BOLTON**, declares the foregoing to be true and correct under penalty of perjury.

Date **May 14, 2010**　　Signature **/s/ DAVID S BOLTON**
　　　　　　　　　　　　　　　　**DAVID S BOLTON**
　　　　　　　　　　　　　　　　Debtor

Date **May 14, 2010**　　Signature **/s/ JUDY R BOLTON**
　　　　　　　　　　　　　　　　**JUDY R BOLTON**
　　　　　　　　　　　　　　　　Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

(JUDY)

**March 5**

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|---|---|---|
| 032 | 03-6374 | J R BOLTON | | | | 03714927 | 05 10 | 40380800 |

DETAIL EARNINGS / GROSS TO NET / LEAVE STATUS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Q 01 | 2131 | 834 | W | 4000 | 852.50 | GROSS PAY | 2165.18 | 10984.78 | FROM PREV YR | | 12? |
| 2 | Q 01 | 2131 | 834 | O | 10.46 | 321.53 | FED TAXM3 | 161.61 | 529.89 | EARNED | THIS YR | 16? |
| 1 | Q 01 | 2131 | 834 | W | 4000 | 852.40 | ST TAX AZMO | 32.81 | 107.57 | | BAL | 28? |
| 1 | Q 01 | 2131 | 834 | O | 4.51 | 138.59 | RETIRE | .00 | .00 | USED | YR | 8? |
| 1 | Q 01 | 2131 | 834 | N | .29 | .36 | MEDICARE | 31.40 | 159.28 | THIS | PP | |
| | | | | | | | UN L | 20.75 | 103.49 | BALANCE | | 20? |
| | | | | | | | SOSEC | 134.24 | 681.06 | SICK LEAVE | | |

FROM PREV YR
EARNED THIS YR
USED YR / THIS PP
BALANCE
LEAVE WITHOUT PAY
THIS PP
CUMULATIVE
BOND UNAPPL BAL #ISS
EE
I

FLSA  94.97

USPS RETIREMENT

NET PAY  1784.37  .0

---

**March 19**

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|---|---|---|
| 032 | 03-6374 | J R BOLTON | | | | 03714927 | 06 10 | 40506439 |

DETAIL EARNINGS / GROSS TO NET / LEAVE STATUS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Q 01 | 2131 | 834 | W | 3938 | 839.19 | GROSS PAY | 2034.93 | 13019.71 | FROM PREV YR | | 1200 |
| 2 | Q 01 | 2131 | 834 | O | 3.14 | 96.49 | FED TAXM3 | 142.07 | 671.96 | EARNED | THIS YR | 2000 |
| 2 | Q 01 | 2131 | 834 | N | .61 | .75 | ST TAX AZMO | 28.84 | 136.41 | | BAL | 3200 |
| 1 | Q 01 | 2131 | 834 | W | 4000 | 852.40 | RETIRE | .00 | .00 | USED | YR | 800 |
| 1 | Q 01 | 2131 | 834 | O | 7.99 | 245.53 | MEDICARE | 29.51 | 188.79 | THIS | PP | |
| 1 | Q 01 | 2131 | 834 | N | .45 | .55 | UN L | 20.75 | 124.24 | BALANCE | | 2400 |
| | | | | | | | SOSEC | 126.16 | 807.22 | SICK LEAVE | | |

FROM PREV YR
EARNED THIS YR
USED YR / THIS PP
BALANCE
LEAVE WITHOUT PAY
THIS PP
CUMULATIVE
BOND UNAPPL BAL #ISSUED
EE
I

FLSA  90.51
MULTI PP ADJS PROCESSED  02

USPS RETIREMENT

NET PAY  1687.60  .00

EARNINGS STATEMENT  PS FORM 1223-B, JUNE 1985

## Earnings Statement — Pay Period 09/10 (May 7 / Apr. 30)

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 032 | 03-6374 | J R BOLTON | 03714927 | 09 10 | 40882316 |

### Detail Earnings

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | Q 01 | 2131 | 834 | W | 4000 | 852 40 |
| 2 | Q 01 | 2131 | 834 | O | 615 | 188 98 |
| 2 | Q 01 | 2131 | 834 | N | 32 | 39 |
| 1 | Q 01 | 2131 | 834 | W | 4000 | 852 40 |
| 1 | Q 01 | 2131 | 834 | O | 758 | 232 93 |
| 1 | Q 01 | 2131 | 834 | N | 76 | 93 |
| | | FLSA | | | 9373 | 08 |

### Gross to Net

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 2128 11 | 19584 25 |
| FED TAX M3 | 156 05 | 1167 14 |
| ST TAX AZ H0 | 31 68 | 236 93 |
| RETIRE | 00 | 00 |
| MEDICARE | 30 86 | 283 97 |
| UN L | 20 75 | 186 49 |
| SOSEC | 131 94 | 1214 22 |

### Leave Status

**Annual Leave**
- FROM PREV YR: 12 00
- EARNED THIS YR: 32 00
- BAL: 44 00
- USED YR: 16 00
- USED THIS PP: —
- BALANCE: 28 00

**Sick Leave** — (blank)
**Leave Without Pay** — (blank)
**Bond** — (blank)
**USPS RETIREMENT:** .00

**NET PAY  1756.83**

---

## Earnings Statement — Pay Period 08/10 (Apr. 16)

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 032 | 03-6374 | J R BOLTON | 03714927 | 08 10 | 40756756 |

### Detail Earnings

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | Q 01 | 2131 | 834 | W | 4000 | 852 40 |
| 2 | Q 01 | 2131 | 834 | O | 510 | 156 72 |
| 2 | Q 01 | 2131 | 834 | N | 40 | 49 |
| 1 | Q 01 | 2131 | 834 | W | 3986 | 849 42 |
| 1 | Q 01 | 2131 | 834 | O | 381 | 117 08 |
| | | FLSA | | | 8877 | 01 |

### Gross to Net

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 1976 12 | 17456 14 |
| FED TAX M3 | 133 25 | 1011 09 |
| ST TAX AZ H0 | 27 05 | 205 25 |
| RETIRE | 00 | 00 |
| MEDICARE | 28 65 | 253 11 |
| UN L | 20 75 | 165 74 |
| SOSEC | 122 52 | 1082 28 |

### Leave Status

**Annual Leave**
- FROM PREV YR: 12 00
- EARNED THIS YR: 28 00
- BAL: 40 00
- USED YR: 16 00
- BALANCE: 24 00

**USPS RETIREMENT:** .00

**NET PAY  1643.90**

---

## Earnings Statement — Pay Period 07/10 (Apr. 2)

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 032 | 03-6374 | J R BOLTON | 03714927 | 07 10 | 40631936 |

### Detail Earnings

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | Q 01 | 2131 | 834 | W | 4000 | 852 40 |
| 2 | Q 01 | 2131 | 834 | O | 1346 | 413 81 |
| 2 | Q 01 | 2131 | 834 | N | 74 | 92 |
| 1 | Q 01 | 2131 | 834 | V | 33 | 13 52 |
| 1 | Q 01 | 2131 | 834 | W | 3200 | 681 92 |
| 1 | Q 01 | 2131 | 834 | O | 1062 | 326 34 |
| 1 | Q 01 | 2131 | 834 | N | 84 | 103 |
| | | | | L | 800 | 170 48 |
| | | FLSA | | | 9641 | 10 |

### Gross to Net

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 2460 31 | 15480 02 |
| FED TAX M3 | 205 88 | 877 84 |
| ST TAX AZ H0 | 41 79 | 178 20 |
| RETIRE | 00 | 00 |
| MEDICARE | 35 67 | 224 46 |
| UN L | 20 75 | 144 99 |
| SOSEC | 152 54 | 959 76 |

### Leave Status

**Annual Leave**
- FROM PREV YR: 12 00
- EARNED THIS YR: 24 00
- BAL: 36 00
- USED YR: 16 00
- USED THIS PP: 8 00
- BALANCE: 20 00

**USPS RETIREMENT:** .00

**NET PAY  2003.68**

Case 2:10-bk-14976-EWH   Doc 3   Filed 05/14/10   Entered 05/14/10 13:51:03   Desc
Main Document   Page 3 of 3